# Third District Court of Appeal

## State of Florida

Opinion filed March 29, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2269
Lower Tribunal No. 19-3489
_____

**Javarius Hendrix,**
Appellant,

vs.

**Wal-Mart Stores East, LP,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Chad Barr Law, and Chad A. Barr (Altamonte Springs), for appellant.

Fasi & DiBello, P.A., and Frantz Destin Jr. and Darin DiBello, for appellee.

Before FERNANDEZ, C.J., and EMAS and SCALES, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 90.403, Fla. Stat. (2021) ("Relevant evidence is inadmissible if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of issues, misleading the jury, or needless presentation of cumulative evidence."); <u>Trees v. K-Mart Corp.</u>, 467 So. 2d 401, 403 (Fla. 4th DCA 1985) ("The determination of relevancy is within the discretion of the trial court. Where a trial court has weighed probative value against prejudicial impact before reaching its decision to admit or exclude evidence, an appellate court will not overturn that decision absent a clear abuse of discretion.") (citation omitted); <u>Sims v. Brown</u>, 574 So. 2d 131, 133 (Fla. 1991) (citing <u>Trees</u> with approval, observing that "[t]he weighing of relevance versus prejudice or confusion is best performed by the trial judge who is present and best able to compare the two").